No. 92–444. FATO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–709. ASSOCIATED BUILDERS & CONTRACTORS, INC., ET AL. *v.* CITY OF SEWARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–724. PHOENIX ENGINEERING, INC., ET AL. *v.* MK-FERGUSON OF OAK RIDGE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–763. LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT ET AL. *v.* HUTCHINSON. Ct. App. Ky. Certiorari denied.

No. 92–859. STEINMETZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–928. MEYER *v.* PATTULLO. C. A. 9th Cir. Certiorari denied.

No. 92–967. BILLOTTI *v.* LEGURSKY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 92–1015. SANSON *v.* GENERAL MOTORS CORP. C. A. 11th Cir. Certiorari denied.

No. 92–1021. DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA *v.* BAYLSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1043. CRITICAL MASS ENERGY PROJECT *v.* NUCLEAR REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–1061. CHRONICLE PUBLISHING CO. ET AL. *v.* RISON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1062. I. T. O. CORPORATION OF BALTIMORE *v.* SELLMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–1069. ILLES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 92–1081. MALDONADO ESPINOSA ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.